The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY EMON BANKS,<br><br>Defendant. | No. CR15-0321JLR<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

(a) One Hi-Point .40 caliber semiautomatic pistol bearing Serial No. X7138694.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS entry of a Final Order of Forfeiture is appropriate because:

- In the plea agreement he entered on September 28, 2015, Defendant JEFFREY EMON BANKS, ("the Defendant") forfeited his interest in the above-listed property pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) (Dkt. No. 8);

- On January 6, 2016, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 18 U.S.C. § 924(d)

Final Order of Forfeiture - 1
*U.S. v. Jeffrey Emon Banks,* CR15-321JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

and 28 U.S.C. § 2461(c) and forfeiting the Defendant's right, title, and interest in it (Dkt. No. 23);

- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 24); and,

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

2. No right, title, or interest in the above-listed property exists in any party other than the United States;

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the above-listed property as permitted by governing law.

DATED this 8th day of September, 2017.

_____
JAMES L. ROBART
United States District Judge

Presented by:

 s/Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-6934
E-Mail: Richard E. Cohen@usdoj.gov

Final Order of Forfeiture - 2
*U.S. v. Jeffrey Emon Banks,* CR15-321JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970