UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY EMON BANKS,<br><br>Defendant. | NO. CR15-0321JLR<br><br>ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO WITHDRAW VIOLATION PETITION |

This matter comes before the Court on the United States' unopposed motion to withdraw the supervised release violation alleged in the petition dated July 19, 2018, alleging that Defendant Jeffrey Emon Banks committed the crime of domestic violence assault on July 18, 2018. The Probation Office concurs in the motion.

Having reviewed the motion, and being otherwise fully advised, now, therefore it is hereby

ORDERED that the violation petition dated July 19, 2018 (Dkt. # 31) is hereby withdrawn, without prejudice. The violation hearing set for September 27, 2018 is hereby stricken.

/ / /

/ / /

Order Granting U.S. Motion to Withdraw Violation - 1
*Banks,* CR15-0321JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ORDERED that defendant's release bond is exonerated. Defendant remains subject to all supervised release conditions previously imposed in the judgment dated December 21, 2015.

Dated this 24th day of September, 2018.

_____
JAMES L. ROBART
United States District Judge

Presented by:

ANNETTTE L. HAYES
United States Attorney

By: *Vincent T. Lombardi*
VINCENT T. LOMBARDI
Assistant United States Attorney

Order Granting U.S. Motion to Withdraw Violation - 2
*Banks,* CR15-0321JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970